UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:11-cr-00115-JMS-KMB |
| | ) | |
| BRIAN K. BEELER, | ) | -01 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CENTRA CREDIT UNION, | ) | |
| | ) | |
| Garnishee. | ) | |

## FINAL ORDER IN GARNISHMENT

This matter is before the Court for consideration of the entry of a Final Order in Garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990 ("FDCPA"), 28 U.S.C. § 3205, against the non-exempt property of the Judgment Defendant, Brian K. Beeler.

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Centra Credit Union (the "Garnishee") has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Mr. Beeler in the amount of $98,047.08.

Mr. Beeler was served with a copy of the Writ of Garnishment and notified of his right to a hearing. Mr. Beeler has not requested a hearing to determine exempt property. Michelle Beeler, Mr. Beeler's wife, challenged the garnishment as an Interested Party, claiming an interest in the property sought by the Government. The issues were fully briefed and an

evidentiary hearing was held.  The Court, upon due consideration, has entered an Order finding that the Government is entitled to the funds held by the Garnishee.

Whereupon the Court, having considered the Application for Writ of Garnishment, the Answer of the Garnishee, the arguments of the Government and Ms. Beeler, and noting that the Defendant has not exercised his right to request a hearing, now finds that the entry of the Final Order of Garnishment is in all respects proper.

The Court finds further that the amount owing is a debt to the United States as defined in the FDCPA.  *See* 28 U.S.C. § 3002(3)(B).

**IT IS THEREFORE ORDERED** that all monies previously withheld by the Garnishee in accordance with the Writ of Garnishment in the amount of $98,047.08 shall be paid immediately to the United States.

**IT IS FURTHER ORDERED** that these sums are to be applied upon the judgment rendered in this case in the sum of $277,358.00, upon which there is an unpaid balance of $274,708.00 as of September 14, 2022.  This Order shall take effect after all prior orders in garnishment have been satisfied.

Checks should be made payable to:

U.S. DISTRICT COURT CLERK

and mailed to:

Clerk, U.S. District Court
United States Courthouse, Room 105
46 East Ohio Street
Indianapolis, IN 46204

The Government is **ORDERED** to serve a copy of this Order on the Garnishee along with a copy of the Order Granting Motion for Entry of Final Order in Garnishment.

**So ORDERED.**

Date: 12/27/2022

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

2

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

Copy by United States Mail to:

Brian Beeler
XXXX
Indianapolis, IN 46229